# UNITED STATES DISTRICT COURT

District of     DELAWARE

Cpl. Timothy Shockley

V.

Ruth Ann Minner, individually, and Col. Thomas F. MacLeish, in his official capacity as the Superintendent, Delaware State Police, and Division of State Police, Dept. Of Safety and Homeland Security, State of DE

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:    0 6 - 4 7 8

TO: (Name and address of Defendant)

Division of State Police,
Dept. of Safety & Homeland Security, State of Delaware
c/o ~~James L. Ford, Jr.~~, Secretary
303 Transportation Circle
Dover, DE 19901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas S. Neuberger, Esquire
The Neuberger Firm, P.A.
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801

Phone: 302-655-0582
Fax: 302-655-9329

an answer to the complaint which is served on you with this summons, within **TWENTY** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO            AUG 0 4 2006

CLERK                                         DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 11/27/06 @ 3:40 pm |
|---|---|
| NAME OF SERVER (PRINT) ROBERT DELACY | TITLE SPS |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): __SERVED DEE RIVARD, EXECUTIVE SECRETARY, AUTHORIZED TO ACCEPT SERVICE (white female, black hair, 50, 5'6, 180 lbs)__

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    11/27/06
              Date

*Signature of Server*
D. M. PROFESSIONAL SERVICES
5 Orchard Lane
Wilmington, DE  19809
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.