AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

Cpl. Timothy Shockley

**SUMMONS IN A CIVIL CASE**

V.

Ruth Ann Minner, individually,
and Col. Thomas F. MacLeish,
in his official capacity as the
Superintendent, Delaware State
Police, and Division of State
Police, Dept. Of Safety and
Homeland Security, State of DE

CASE NUMBER:

0 6 - 4 7 8

TO: (Name and address of Defendant)

Col. Thomas F. MacLeish
Administrative Offices
Delaware State Police
1453 N. DuPont Highway
Dover, DE 19901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas S. Neuberger, Esquire
The Neuberger Firm, P.A.
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801

Phone: 302-655-0582
Fax: 302-655-9329

an answer to the complaint which is served on you with this summons, within ___**TWENTY**___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

(By) DEPUTY CLERK

AUG 0 4 2006

DATE

AO 440  (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>11/27/06 @ 3:00 pm |
| NAME OF SERVER *(PRINT)*<br>ROBERT DELACY | TITLE<br>SPS |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☒ Other (specify):  SERVED CONNIE SIPPLE, AUTHORIZED TO ACCEPT SERVICE
(white female, blonde hair, 55, 5'5, 140 lbs) _____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   11/27/06
          Date

*Signature of Server*
    D. M. PROFESSIONAL SERVICES
    5 Orchard Lane
    Wilmington, DE  19809

*Address of Server*

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.