IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORPORAL TIMOTHY SHOCKLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-478-KAJ |
| | ) | |
| GOVERNOR RUTH ANN MINNER, individually; and COLONEL THOMAS F. MACLEISH in his official capacity as the Superintendent, Delaware State Police; and DIVISION OF STATE POLICE, DEPARTMENT OF SAFETY AND HOMELAND SECURITY, STATE OF DELAWARE. | ))))))))) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

PLEASE ENTER the appearance of William W. Bowser, Esquire, as attorney for Defendant Governor Ruth Ann Minner.

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        /s/William W. Bowser
        William W. Bowser, Esquire (Bar I.D. 2239)
        The Brandywine Building, 17th Floor
        1000 West Street, P.O. Box 391
        Wilmington, Delaware 19899-0391
        Telephone: (302) 571-6601
        Facsimile: (302) 576-3282
        wbowser@ycst.com
        Attorneys for Defendant
        Governor Ruth Ann Minner

DATED:    December 15, 2006