IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORPORAL TIMOTHY SHOCKLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-478-KAJ |
| | ) | |
| GOVERNOR RUTH ANN MINNER, individually; and COLONEL THOMAS F. MACLEISH in his official capacity as the Superintendent, Delaware State Police; and DIVISION OF STATE POLICE, DEPARTMENT OF SAFETY AND HOMELAND SECURITY, STATE OF DELAWARE. | ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Barry M. Willoughby, Esquire, as attorney for Defendant Governor Ruth Ann Minner.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/Barry M. Willoughby
Barry M. Willoughby, Esquire (Bar I.D. 1016)
The Brandywine Building, 17th Floor
1000 West Street, P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6666
Facsimile: (302) 576-3345
bwilloughby@ycst.com
Attorneys for Defendant
Governor Ruth Ann Minner

DATED:    December 15, 2006