IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORPORAL TIMOTHY SHOCKLEY, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) C.A. No. 06-478-KAJ |
| GOVERNOR RUTH ANN MINNER, | ) |
| individually; and COLONEL THOMAS F. | ) |
| MACLEISH in his official capacity as the | ) |
| Superintendent, Delaware State Police; and | ) |
| DIVISION OF STATE POLICE, | ) |
| DEPARTMENT OF SAFETY AND | ) |
| HOMELAND SECURITY, STATE OF | ) |
| DELAWARE, | ) |
| Defendants. | ) |

**STIPULATION AND ORDER EXTENDING
TIME TO ANSWER THE COMPLAINT**

The parties stipulate, subject to the approval of the Court, that Defendants shall answer, plead, or otherwise respond to the Complaint on or before January 18, 2007.

| THOMAS S. NEUBERGER, P.A. | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/Stephen J. Neuberger | /s/William W. Bowser |
| Thomas S. Neuberger, Esquire (I.D. 243) | Barry M. Willoughby, Esquire (I.D. 1016) |
| Stephen J. Neuberger, Esquire (I.D. 4440) | William W. Bowser, Esquire (I.D. 2239) |
| 2 East 7th Street, Suite 302 | The Brandywine Building, 17th Floor |
| Wilmington, DE 19801 | 1000 West Street |
| (302) 655-0582 (Telephone) | Wilmington, Delaware 19801 |
| (302) 655-9329 (Telecopier) | (302) 571-6666; 6601 (Telephone) |
| Email: tsn@neubergerlaw.com; | (302) 576-3345; 3282 (Telecopier) |
| sjn@neubergerlaw.com | bwilloughby@ycst.com; wbowser@ycst.com |
| Attorneys for Plaintiff | Attorneys for Defendant Ruth Ann Minner |
| DATED: December 15, 2006 | DATED: December 15, 2006 |

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        /s/Ralph K. Durstein
        Ralph K. Durstein, III (I.D. 912)
        Deputy Attorney General
        Carvel State Office Building
        820 North French Street
        Wilmington, DE 19801
        (302) 577-8510 (Telephone)
        (302) 577-6499 (Telecopier)
        Email: Ralph.durstein@state.de.us
        Attorneys for Colonel Thomas F. Macleish and
        Division of State Police, Department of Safety
        and Homeland Security, State of Delaware.
        DATED: December 15, 2006

IT IS SO ORDERED this _____ day of _____, 2006.

        _____
        USDJ