IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **Timothy SHOCKLEY, Plaintiff** | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 06-478 KAJ |
| | ) | |
| **Ruth Ann MINNER, individually,** | ) | |
| **Thomas F. MACLEISH,** | ) | |
| **Superintendent of the Delaware** | ) | |
| **State Police, and** | ) | |
| **the DIVISION OF STATE POLICE,** | ) | |
| **Defendants** | ) | |

### ENTRY OF APPEARANCE

Without waiver of any defenses including, but not limited to, insufficiency of service, or insufficiency of service of process, any jurisdictional defense or any affirmative defense, please enter the appearance of Deputy Attorney General Ralph K. Durstein, III on behalf of defendants Colonel Thomas F. MacLeish and the Division of State Police.

                                                        STATE OF SELAWARE
                                                        DEPARTMENT OF JUSTICE

                                                        s/s  Ralph K. Durstein, III
                                                        Ralph K. Durstein, III  #912
                                                        Deputy Attorney General
                                                        Carvel State Building
                                                        820 N. French Street, 6th Floor
                                                        Wilmington, DE  19801
                                                        (302) 577-8400
                                                        Attorney for Defendants Colonel
                                                        Thomas F. MacLeish and The
                                                        Division of State Police

Date:  December 15, 2006

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Timothy SHOCKLEY, Plaintiff ) | |
| ) | |
| ) | |
| v. ) | No. 06-478 KAJ |
| ) | |
| Ruth Ann MINNER, individually, ) | |
| Thomas F. MACLEISH, ) | |
| Superintendent of the Delaware ) | |
| State Police, and ) | |
| the DIVISION OF STATE POLICE, ) | |
| Defendants ) | |

## CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on December 15, 2006, he caused the attached Entry of Appearance to be electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

William W. Bowser, Esquire
Barry M. Willoughby, Esquire
Young, Conaway, Stargatt & Taylor LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19801

Thomas S. Neuberger, Esquire
Thomas S. Neuberger, P.A.
2 East 7th Street, Suite 302
Wilmington, DE 19801-3707

STATE OF SELAWARE
DEPARTMENT OF JUSTICE

s/s Ralph K. Durstein, III
Ralph K. Durstein, III #912
Deputy Attorney General
Carvel State Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorney for Defendants Colonel
Thomas F. MacLeish and The
Division of State Police