IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORPORAL TIMOTHY SHOCKLEY, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 06-478-*** |
| : | |
| GOVERNOR RUTH ANN MINNER, : | |
| individually; and COLONEL THOMAS F. : | |
| MACLEISH, in his official capacity as the : | |
| Superintendent, Delaware State Police; : | |
| and DIVISION OF STATE POLICE, : | |
| DEPARTMENT OF SAFETY AND : | |
| HOMELAND SECURITY, STATE OF : | |
| DELAWARE, : | |
| : | |
| Defendants. : | |

## **ORDER**

At Wilmington this **12th** day of **February, 2007**.

IT IS ORDERED that a Rule 16 scheduling teleconference has been scheduled for **Friday, March 9, 2007 at 12:00 Noon** with Magistrate Judge Thynge. **Plaintiff's counsel shall initiate the teleconference call.** Counsel are to advise the Magistrate Judge by letter the names of those participating in the teleconference.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE