# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BARRY M. WILLOUGHBY
DIRECT DIAL: (302) 571-6666
DIRECT FAX: (302) 576-3345
bwilloughby@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

March 6, 2007

Via CM/ECF
The Honorable Mary Pat Thynge
United States District Court
844 North King Street
Lock Box 8
Wilmington, DE 19801

      Re:    Shockley v. Minner, et al.
                Civil Action No. 06-478-***

Dear Judge Thynge:

      As your Honor is aware, a Rule 16 Scheduling Conference is scheduled for Friday, March 9, 2007 at 12:00 p.m. The parties have conferred with respect to the conference and respectfully request that it be postponed. The reason for this request is that new Counsel to the Governor, William G. Bush, IV, has been appointed and he will not take office until March 12, 2007. Defendant Minner is currently contemplating filing a Motion for Judgment on the Pleadings. As her outside counsel, we need to confer with Mr. Bush to make a final decision on whether such a Motion should be filed.

      I have conferred with counsel for the Plaintiff, Stephen Neuberger, Esquire, and counsel for the other defendants. Both agree that it would be appropriate to postpone the Scheduling Conference for the reasons set forth above. Accordingly, it is respectfully requested that the conference scheduled for this Friday, March 9, 2007, be postponed.

                          Respectfully,

                          /s/ Barry M. Willoughby
                          (I.D. No. 1016)

BMW:mmcm
cc:    Clerk, U.S. District Court
       Stephen J. Neuberger, Esquire
       Ralph K. Durstein, Esquire
       William Bowser, Esquire