IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORPORAL TIMOTHY SHOCKLEY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-478-*** |
| | : | |
| GOVERNOR RUTH ANN MINNER, | : | |
| individually; and COLONEL THOMAS F. | : | |
| MACLEISH, in his official capacity as the | : | |
| Superintendent, Delaware State Police; | : | |
| and DIVISION OF STATE POLICE, | : | |
| DEPARTMENT OF SAFETY AND | : | |
| HOMELAND SECURITY, STATE OF | : | |
| DELAWARE, | : | |
| | : | |
| Defendants. | : | |

## ORDER

At Wilmington this **7th** day of **March, 2007**.

IT IS ORDERED that the Rule 16 scheduling teleconference scheduled for Friday, March 9, 2007 at 12:00 Noon with Magistrate Judge Thynge is cancelled. Defense counsel shall advise the court of the date on which parties desire to have the teleconference rescheduled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE