THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORPORAL TIMOTHY SHOCKLEY, )<br>)<br>             Plaintiff, )<br>)<br>    v. )<br>)<br>GOVERNOR RUTH ANN MINNER, )<br>individually; and COLONEL THOMAS F. )<br>MACLEISH in his official capacity as the )<br>Superintendent, Delaware State Police; and )<br>DIVISION OF STATE POLICE, DEPARTMENT )<br>OF SAFETY AND HOMELAND SECURITY, )<br>STATE OF DELAWARE. )<br>)<br>             Defendants. ) | C.A. No. 06-478---- |

**DEFENDANTS' MOTION TO DISMISS**

Defendants, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, move to dismiss the Complaint on the ground that all of Plaintiff's claims are time-barred by the applicable statute of limitations.

                          YOUNG CONAWAY STARGATT & TAYLOR, LLP

                          /s/ Barry M. Willoughby
                          Barry M. Willoughby, Esquire (Bar I.D. 1016)
                          William W. Bowser, Esquire (Bar I.D. 2239)
                          The Brandywine Building, 17th Floor
                          1000 West Street, P.O. Box 391
                          Wilmington, Delaware 19899-0391
                          Telephone: (302) 571-6666; 6601
                          Facsimile: (302) 576-3345; 3282
                          bwilloughby@ycst.com; wbowser@ycst.com
                          Attorneys for Defendant Governor Ruth Ann Minner

                          {Signature continues onto next page}

STATE OF DELAWARE, DEPARTMENT OF JUSTICE

/s/ Ralph K. Durstein
Ralph K. Durstein, III (I.D. #912)
Deputy Attorney General
Carvel State Office Building
820 North French Street
Wilmington, DE 19801
Telephone:  (302) 577-8510
Facsimile:  (302) 577-6499
Ralph.durstein@state.de.us
Attorneys for Colonel Thomas F. MacLeish and Division of State Police, Department of Safety and Homeland Security, State of Delaware

Dated: June 21, 2007