```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF DELAWARE
```

CORPORAL TIMOTHY SHOCKLEY,           :
                                     :
       Plaintiff,                 :
                                     :
   v.                                : Civil Action No. 06-478 JJF
                                     :
GOVERNOR RUTH ANN MINNER,            :
individually; and COLONEL THOMAS     :
F. MACLEISH in his official          :
capacity as the Superintendant,      : Jury Trial Demanded
Delaware State Police; and           :
DIVISION OF SAFETY AND HOMELAND      :
SECURITY, STATE OF DELAWARE          :
                                     :
       Defendants.                :

### ORDER

NOW THEREFORE, IT IS HEREBY ORDERED that, in accordance with the Memorandum Opinion issued this date, Defendant's Motion to Dismiss, Pursuant to Rule 12(b)(6) (D.I. 18) is **Denied**.

July 10, 2008

                                          *Joseph J. Farnan*
                                     UNITED STATES DISTRICT JUDGE