# THE NEUBERGER FIRM
ATTORNEYS AND COUNSELLORS AT LAW

TWO EAST SEVENTH STREET
SUITE 302
WILMINGTON, DELAWARE 19801-3707

THOMAS S. NEUBERGER, ESQUIRE  
STEPHEN J. NEUBERGER, ESQUIRE  
RAEANN WARNER, ESQUIRE

WWW.NEUBERGERLAW.COM  
EMAIL: INFO@NEUBERGERLAW.COM

PHONE: (302) 655-0582  
FAX: (302) 655-9329

August 7, 2008

**Via CM/ECF Filing**

The Honorable Joseph J. Farnan, Jr.
J. Caleb Boggs Federal Building
844 N. King Street
Room 4124
Lockbox 27
Wilmington, DE 19801

RE:   **Shockley v. Minner, C.A. No. 06-478- JJF (D.Del)**

Dear Judge Farnan:

Pursuant to the Court's Order dated July 25, 2008, (D.I. 25), I submit a proposed Rule 16 Scheduling Order on behalf of both the plaintiff and the defense. The proposed Order reflects certain fundamental disagreements between the parties arising from the pending motion. (D.I. 24).

I am at the Court's disposal to address these matters further.

Respectfully Submitted,

/s/ Stephen J. Neuberger


cc:   Barry M. Willoughby, Esq.
      Ralph K. Durstein, Esq.

Shockley/Letters/Farnan.01