IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORPORAL TIMOTHY SHOCKLEY, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 06-478 JJF |
| GOVERNOR RUTH ANN MINNER, et al., | : | |
| Defendants. | : | |

**MEMORANDUM ORDER**

  Pending before me is Defendants' Motion For Reargument or, Alternatively, Certification For Interlocutory Appeal (D.I. 24). Defendants' motion is predicated on the decision of the Supreme Court in <u>Ledbetter v. Goodyear Tire & Rubber Co., Inc.</u>, 550 U.S. 618 (2007) and a district court case, <u>Evans v. Chicago</u>, No. 07-2941, 2007 U.S. Dist. LEXIS 87846 (N.D. Ill. Nov. 29, 2007). The motion is opposed by Plaintiff.

  During the pendency of the instant motion, Congress considered, passed, and the President signed into law the "Lilly Ledbetter Fair Pay Act of 2009" addressing the Ledbetter decision. (<u>Lilly Ledbetter Fair Pay Act of 2009</u>, Pub.L. No. 111-2, §3, 123 Stat.5.)

  The parties are requested to simultaneously file their positions on the effect this legislation may have on the pending motion on March 3, 2009.

February 25, 2009
  DATE

                 /s/ Joseph J. Farnan
                 UNITED STATES DISTRICT JUDGE